

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2021

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K. AND C.A.K., CHILDREN**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant, who is acting pro se on appeal, appeals from orders entered in the underlying suit affecting the parent-child relationship. Ms. Judy Mata is the court reporter responsible for filing the reporter's record in this appeal. On March 19, 2021, this court ordered appellant to (1) request in writing that a reporter's record be prepared, (2) designate in writing the exhibits and those portions of the record to be included in the reporter's record, and (3) file a copy of this request with both the trial court and this court. We also ordered appellant to provide written proof to this court that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Our order cautioned appellant that if he did not timely respond, his brief would be due within thirty days from the date of our order, and this court would only consider those issues or points that do not require a reporter's record for a decision. Because appellant did not timely respond, his brief became due April 19, 2021.

On April 19, 2021, appellant filed a motion requesting an extension of time in which he contended he was waiting for Ms. Mata to prepare the record. On April 26, 2021, this court issued an order informing appellant that because he did not comply with our March 19, 2021 order, Ms. Mata was not obligated to file the record. Appellant was granted an extension of time to file the brief, until May 19, 2021. On May 17, 2021, appellant filed a request for a ten-day extension of time. This court granted the motion and the brief is due no later than May 30, 2021.

On May 14, 2021, appellant filed a motion to reconsider our April 26, 2021 order. In his motion, appellant contends he has attempted to contact Ms. Mata, but he has been ignored. Appellant contends he mailed a letter to the 57th District Court requesting Ms. Mata to contact him. This court contacted Ms. Mata about the record, and, on May 18, 2021, she filed a letter with this court stating she has not been asked to prepare the record.

In his motion to reconsider, appellant requested "an opportunity to amend" his motion for preparation of the reporter's record. The motion is GRANTED.

Asking the court reporter to contact appellant is not a designation of the record. The Texas Rules of Appellate Procedure provide as follows:

The official or deputy reporter is responsible for preparing, certifying, and timely filing the reporter's record **if**:
(1) a notice of appeal has been filed;
*(2) the appellant has requested that the reporter's record be prepared; and*
*(3) the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee, or is entitled to appeal without paying the fee.*
Tex. R. App. P. 35.3(b) (emphasis added).

Ms. Mata is not obligated to file the record until appellant has fully complied, in writing, with Rule 35.3(b).

Appellant is ORDERED to, **no later than May 24, 2021**, (1) request in writing that a reporter's record be prepared, (2) designate in writing the exhibits and those portions of the record to be included in the reporter's record, and (3) file a copy of this request with both the trial court and this court. Appellant is also ORDERED to, **no later than May 24, 2021**, provide written proof to this court that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

Ms. Mata may be contacted at her email address judy.mata@bexar.org or at the following address:

Ms. Judy Mata, CSR, CM
Official Court Reporter
438th District Court
Bexar County Courthouse
100 Dolorosa, 4th Floor
San Antonio, Texas 78205

If appellant does not provide the above written proof by May 24, 2021, his brief will be due within thirty days from the date of this order, and this court will only consider those issues or points that do not require a reporter's record for a decision. **Requests for an extension of time to comply with this order will be disfavored.**

Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2021.

MICHAEL A. CRUZ, Clerk of Court